# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
APR 3 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

)
United States of America )
vs. ) Case No. CR-F-05-0242 OWW
JOHN McDONALD HALLENGER )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __John McDonald Hallenger__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

The order that he participate in a program of medical or psychiatric treatment including treatment for alcohol or drug dependency as approved by Pretrial Services, **be vacated.**

All other previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/9/07        _____  4-9-07
Signature of Defendant    Date           Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____        4/30/07
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        4/20/07
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __4/30/07__.
☐ The above modification of conditions of release is *not* ordered.

_____        4/30/07
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services