```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:        (209) 544-1860


Attorneys for Defendant
JOHN MACDONALD HALLANGER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05-CR-242 |
| | ) | |
|     Plaintiffs, | ) | STIPULATION AND PROPOSED |
| | ) | ORDER TO CONTINUE SENTENCING |
| vs. | ) | AND SET FOR EVIDENTIARY |
| | ) | HEARING |
| | ) | |
| JOHN MACDONALD HALLANGER, | ) | |
| | ) | |
|     Defendants. | ) | |

    IT IS HEREBY STIPULATED by and between defendant JOHN MACDONALD HALLANGER, through his attorney, ROBERT L. FORKNER, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KIMBERLY SANCHEZ, stipulate and agree to the following:

    1.  Counsel for government and counsel for defendant have actively been trying to resolve certain stipulations and issues regarding sentencing for defendant JOHN MACDONALD HALLANGER and have been unable to do so. It is requested that a one to two hour evidentiary hearing regarding

1

1  sentencing be scheduled for January 4, 2008, at 1:30 p.m. or
2  a date convenient to the court, in courtroom 3, and the
3  presently scheduled sentencing date of December 7, 2007, at
4  12:00 p.m., in courtroom 3 be vacated.

6  DATED: December 5, 2007         /s/ Robert L. Forkner
                                   ROBERT L. FORKNER
7                                  Attorney for Defendant
                                   JOHN MACDONALD HALLANGER
8
9  DATED: December 5, 2007         /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
10                                 Assistant US Attorney

### ORDER

15     IT IS SO ORDERED that the December 7, 2007, 12:00 p.m.,
16 sentence be vacated and set the matter for an evidentiary hearing
17 and sentencing on January 4, 2008, at 1:30 p.m., in courtroom 3
18 for defendant JOHN MACDONALD HALLANGER.

20 Dated: December 6, 2007         /s/ OLIVER W. WANGER
                                   HONORABLE OLIVER W. WANGER
21                                 UNITED STATES DISTRICT JUDGE

2