ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:        (209) 544-1860

Attorneys for Defendant
JOHN MACDONALD HALLANGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-242 |
| Plaintiffs, | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING AND SET FOR EVIDENTIARY HEARING |
| vs. | |
| JOHN MACDONALD HALLANGER, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between defendant JOHN MACDONALD HALLANGER, through his attorney, ROBERT L. FORKNER, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KIMBERLY SANCHEZ, stipulate and agree to the following:

   1.  Counsel for government and counsel for defendant have actively been trying to resolve certain stipulations and issues regarding sentencing for defendant JOHN MACDONALD HALLANGER and have been unable to do so. It is requested that a one to two hour evidentiary hearing regarding

1

sentencing be scheduled for January 10, 2008, at 12:00 p.m., in courtroom 3, and the presently scheduled sentencing date of January 4, 2008, at 1:30 p.m., in courtroom 3 be vacated.

DATED: December 6, 2007    /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
JOHN MACDONALD HALLANGER

DATED: December 6, 2007    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant US Attorney

## ORDER

IT IS SO ORDERED that the January 4, 2008, 12:00 p.m., sentence be vacated and set the matter for an evidentiary hearing and sentencing on January 10, 2008, at 12:00 p.m., in courtroom 3 for defendant JOHN MACDONALD HALLANGER.

IT IS SO ORDERED.

Dated:   December 7, 2007            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2