1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA      ) Case No. 1:05-cr-00242 OWW
                                 )
12             Plaintiff,        ) STIPULATION AND
                                 ) ORDER FOR CONTINUANCE
13        v.                     )
                                 )
14 JOHN MICHAEL HALLANGER,       )
                                 )
15             Defendant.        )
   _____)
16

17     IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18 United States Attorney and Kimberly A. Kelly, Assistant U.S.

19 Attorney and Robert Forkner, attorney for defendant, that the

20 sentencing currently set for January 10, 2008 at 12:00 p.m. shall

21 be continued to February 4, 2008 at 2:30 p.m.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

| | | |
|---|---|---|
| 1 | Dated: January 8, 2008 | Respectfully submitted, |
| 2 | | McGREGOR W. SCOTT |
| 3 | | United States Attorney |
| 4 | | By   /s/ Kimberly A. Sanchez   |
| 5 | | KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| 6 | Dated: January 8, 2008 |   /s/ Jeffrey Hammerschmidt   |
| 7 | | ROBERT FORKNER<br>Attorney for Defendant |

10      IT IS SO ORDERED.

11  **Dated:   January 9, 2008**             **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE