```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:05cr-00242 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR CONTINUANCE OF |
| v. ) | SENTENCING |
| ) | |
| JOHN HALLANGER, ) | (NOTE TIME CHANGE TO 1:30) |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Forkner, attorney for defendant, that the sentencing currently set for February 4, 2008 be continued to February 11, 2008 at 1:30 a.m.

//
//
//
//
//
//

```
1  Dated: February 1, 2008            Respectfully submitted,

2                                     McGREGOR W. SCOTT
                                      United States Attorney
3

4                                 By    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
5                                     Assistant U.S. Attorney

6  Dated: February 1, 2008             /s/ Robert Forkner
                                      ROBERT FORKNER
7                                     Attorney for Defendant
```

10   IT IS SO ORDERED.

11   **Dated:   February 1, 2008**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE